UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta
APR 20 2011
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

TRAVIS IRIONS,

    Plaintiff,

v.                                      CIVIL ACTION FILE
                                        NO. 1:10-CV-04188JEC

THE KOTTER GROUP, LLC
AND ADAM KOTTER

    Defendants.

## ORDER

Before the Court is the Parties' Motion to Confirm Stipulated Judgment in this matter which was

1. Brought under the Fair Labor Standards Act, 29 USC § 201 et seq., alleging that Plaintiff was employed by Kotter as a non-exempt employee and, as a result, he was entitled to payment for overtime hours at the rate of time and a half his regular pay rate.

2. Defendants, The Kotter Group, LLC, its Chief Executive Officer, Adam Kotter, contest their liability and contend that Mr. Irions was employed at all relevant times as an exempt employee by The Kotter Group, and that he is

not entitled to the payment of any additional wages for overtime.

3. Legal counsel for both Parties have exchanged documents and engaged in factual discussions and settlement discussions to resolve this matter. Pursuant to those discussions, the Parties entered into a Settlement Agreement in which Mr. Irions and his counsel would be paid a total of nine thousand dollars ($9,000) divided as follows:

Travis Irions

| | |
|---|---|
| Wages (subject to tax withholding) | $2520.13 |
| Liquidated damages | $2520.12 |
| Barrett & Farahany (Attorneys' Fees and costs) | $3959.75 |
| Total | $9000.00 |

4. The Court finds that the settlement of all claims under the Fair Labor Standards Act that Plaintiff has in this matter against Kotter are disputed and that a settlement of $9,000, which includes costs and fees, is a fair and equitable settlement in this matter and the Court approves an entry of a Judgment in favor of Plaintiff and against Defendants for $9,000. The Parties agree that his Judgment satisfies and extinguishes all claims Plaintiff may have against Kotter under the Fair Labor Standards Act.

5. Upon payment by Defendants, this case is dismissed with prejudice.

SO ORDERED, this 20 day of April, 2011.

JULIE E. CARNES, CHIEF JUDGE,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION